**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
L.M.G.,

                              Petitioner,                          26 **CIVIL** 890 (MMG)

          -against-                                                        **JUDGMENT**

JUDITH ALMODOVAR et al.,

                              Respondents.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated February 20, 2026, the Court has GRANTED

L.M.G.'s habeas petition. The Government is hereby ORDERED, by no later than February 27,

2026, to transport L.M.G. to the Southern District of New York and release him from custody.

**DATED:** New York, New York
                February 25, 2026

                                                        **TAMMI M. HELLWIG**
                                                _____
                                                        **Clerk of Court**

                                        **BY:**          K. mango
                                                _____
                                                        **Deputy Clerk**